IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRIMEXX ENERGY OPPORTUNITY FUND, LP and PRIMEXX ENERGY OPPORTUNITY FUND II, LP,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMEXX ENERGY CORPORATION, M. CHRISTOPHER DOYLE, ANGELO ACCONCIA, BLACKSTONE HOLDINGS III LP, BLACKSTONE EMA II LLC, BMA VII LLC, BLACKSTONE ENERGY MANAGEMENT ASSOCIATES II LLC, BLACKSTONE ENERGY PARTNERS II LP, BLACKSTONE MANAGEMENT ASSOCIATES VII LLC, BLACKSTONE CAPITAL PARTNERS VII LP, BCP VII/BEP II HOLDINGS MANAGER LLC, BX PRIMEXX TOPCO LLC, and BPP HOLDCO LLC,<br><br>Defendants. | Civil Action No.: _____<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE REQUIREMENT**

Pursuant to Local Rule 3.3 of the Northern District of Texas Plaintiffs, Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP, provides this notice of related case *Primexx Energy Opportunity Fund, LP, et al. v. BPP Holdco LLC, et al*, case number DC-22-1722, before Hon. Emily G. Tobolowsky in the District Court of Dallas County, Texas, 298th Judicial District. Defendants' motion to dismiss for improper venue was granted on March 29, 2023.

Dated: May 4, 2023                                    Respectfully submitted,

                                                      SUSMAN GODFREY L.L.P.

                                                      By: */s/ Terrell W. Oxford*
                                                      Terrell W. Oxford
                                                      Texas Bar No. 15390500
                                                      toxford@susmangodrey.com
                                                      Stephen Shackelford, Jr.
                                                      Texas Bar No. 24062998
                                                      sshackelford@susmangodfrey.com
                                                      SUSMAN GODFREY L.L.P.
                                                      1000 Louisiana Street, Suite 5100
                                                      Houston, Texas 77002
                                                      Telephone: (713) 651-9366
                                                      Facsimile: (713) 654-6666

                                                      Marc M. Seltzer (*pro hac vice forthcoming*)
                                                      State Bar No. 54534 (CA)
                                                      mseltzer@susmangodfrey.com
                                                      Bryan Caforio (*pro hac vice forthcoming*)
                                                      State Bar No. 261265 (CA)
                                                      bcaforio@susmangodfrey.com
                                                      SUSMAN GODFREY L.L.P.
                                                      1900 Avenue of the Stars, Suite 1400
                                                      Los Angeles, CA 90067
                                                      Telephone: (310) 789-3100
                                                      Facsimile: (310) 789-3150

                                                      Lindsey Godfrey Eccles (*pro hac vice forthcoming*)
                                                      State Bar No. 33566 (WA)
                                                      leccles@susmangodfrey.com
                                                      SUSMAN GODFREY L.L.P.
                                                      401 Union Street, Suite 3000
                                                      Seattle, WA 98101
                                                      Telephone: (206) 516-3880
                                                      Facsimile: (206) 516-3883

                                                      Sarah Hannigan (*pro hac vice forthcoming*)
                                                      State Bar No. 5961248 (NY)
                                                      shannigan@susmangodfrey.com
                                                      SUSMAN GODFREY L.L.P.
                                                      1301 Avenue of the Americas
                                                      New York, NY 10019
                                                      Telephone: (212) 336-8330
                                                      Facsimile: (212) 336-8340

*Attorneys for Plaintiffs Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP*